```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A02-0129--CV (JKS)
                  "AT&T CORP V NOME NET INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/14/02
             Closed: 07/24/03

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (4) Incorporated or Principal Place of Business in This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (190) Other contract actions

             Origin: (1) Original Proceeding
             Demand: 309
         Filing fee: Paid $150.00 on 06/14/02 receipt # 00117746
           Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1         AT&T CORP                       Thomas J. Yerbich
                                                U.S. District Court
                                                222 W. 7th Avenue, #4
                                                Anchorage, AK 99513
                                                907-677-6136
                                                FAX    -    -

                                                David M. Hershorin
                                                Assayag & Mauss
                                                2915 Redhill Avenue, Suite 200
                                                Costa Mesa, CA 92626
                                                714-427-6800
                                                FAX 714-427-6888

                                                Kathryn L. Kempton
                                                Assayag & Mauss
                                                2915 Redhill Avenue, Suite 200
                                                Costa Mesa, CA 92626
                                                714-427-6800
                                                FAX 714-427-6888

DEF 1.1         NOME NET INC                    Gayle J. Brown
                                                750 W. 2nd Avenue, Suite 207
                                                Anchorage, AK 99501
                                                907-274-1074
                                                FAX 907-274-3311

DEF 2.1         NUGGET PUBLISHING CORP          Gayle J. Brown
                                                (see above)

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A02-0129--CV (JKS)
                                 "AT&T CORP V NOME NET INC ET AL"

                                       For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/14/02
           Closed: 07/24/03

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions

           Origin: (1) Original Proceeding
           Demand: 309
       Filing fee: Paid $150.00 on 06/14/02 receipt # 00117746
         Trial by: Court
```

```
Document #   Filed      Docket text

     1 -  1  06/14/02   Complaint w/att exh filed.

  NOTE -  1  06/17/02   Issued: summons re: DEF 1 & 2.

     2 -  1  07/03/02   PLF 1 Application re: non-resident attorney David M. Hershorin w/lcl
                        cnsl T. Yerbich w/att declaration & exh.

     2 -  2  07/05/02   JKS Order granting #2. cc: cnsl

     3 -  1  07/05/02   PLF 1 Return of Service Executed on 6/20/02 re: D1.

     4 -  1  07/05/02   PLF 1 Return of Service Executed on 6/20/02 re: D2.

     5 -  1  07/08/02   DEF 1-2 Answer to Complaint.

     6 -  1  07/08/02   DEF 1-2 Attorney Appearance of Gayle J. Brown

     7 -  1  07/09/02   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

     8 -  1  08/07/02   PLF 1; DEF 1-2 Report of parties planning meeting.

     9 -  1  08/07/02   PLF 1 motion to dismiss defs' counterclaim for failure to state a claim
                        under FRCP 12(b)(6).

     9 -  2  08/07/02   PLF 1 motion to strike punitive damage claim under 12(f).

    10 -  1  08/07/02   PLF 1 Supplement re: Request for judicial notice in support of PLF 1
                        motion to dismiss defs' counterclaim for failure to state a claim under
                        FRCP 12(b)(6) (9-1), PLF 1 motion to strike punitive damage claim under
                        12(f) (9-2).

    11 -  1  08/08/02   JKS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        12/31/02; disp mots ddln 01/31/03; 3 day TBC estimate. cc: cnsl

    12 -  1  08/21/02   DEF 1-2 Notice of w/d of counterclaims.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0129--CV (JKS)
                                   "AT&T CORP V NOME NET INC ET AL"

                                           For all filing dates


 Document #    Filed      Docket text

    13 -   1   08/26/02   JKS Minute Order denying as moot mot to dismiss defs' counterclaim for
                          failure to state a claim under FRCP (9-1), mot to strike punitive damage
                          claim under 12(f) (9-2). cc: cnsl

    14 -   1   12/02/02   PLF 1 Witness List for trial.

    15 -   1   01/10/03   PLF 1; DEF 1-2 Stipulation for continuation of discovery to 01/21/03.

    16 -   1   01/14/03   JKS Order granting stip for cont of disc to 01/21/03 (15-1) & setting
                          the following dates: Discovery to close 01/21/03. cc: cnsl

    17 -   1   02/06/03   JKS Order re: certification of readiness for trial; parties to certify
                          or file a report within 15 days from the date of this order. cc:cnsl

    18 -   1   02/18/03   PLF 1 motion and application of non-resident attorney Kathryn L. Kempton
                          for permission to appear and participate.

    18 -   2   02/20/03   RRB Order granting mot and appl of non-resident atty Kathryn L. Kempton
                          for permission to appear and participate (18-1). cc: cnsl, K. Kempton

    19 -   1   02/25/03   PLF 1 Certification as to trial readiness.

    20 -   1   02/27/03   JKS Minute Order setting trial by court for 08/18/03 at 9:00 a.m. cc:
                          cnsl

    21 -   1   03/10/03   JKS Pretrial Setting Order; FPTC is set for 07/24/03 at 9:00 a.m.;
                          pretrial docs due 04/28/03; proposed pretrial order due 06/18/03. cc:
                          cnsl

    22 -   1   04/28/03   PLF 1 Supplement to witness list.

    23 -   1   04/28/03   PLF 1 Trial Brief.

    24 -   1   04/28/03   PLF 1 Exhibit List for trial.

    25 -   1   04/30/03   JKS Minute Order requiring parties to arrange exh review with case
                          manager no later than 05/02/03. cc: cnsl

    26 -   1   05/14/03   PLF 1 Amended Exhibit List.

    27 -   1   06/18/03   PLF 1 Address Change Notice of cnsl.

    28 -   1   06/30/03   JKS Minute Order that defs to file PT docs by 7/7/03 or ans will be
                          stricken & default entered with no further notice; proposed PT order due
                          7/14/03; status report from plf due 7/7/03 re any settlement conf.
                          cc:cnsl

    29 -   1   07/07/03   DEF 1-2 motion for an extension of time to 07/14/03 to file trial brief
                          w/att aff.

    30 -   1   07/07/03   DEF 1-2 Notice to the court regarding the defendant's exhibit list;
                          defendants will not be filing any exhibits.

    31 -   1   07/07/03   DEF 1-2 Witness List.

    32 -   1   07/07/03   PLF 1 Response to Court's order of 06/30/03 re: impending pre-trial
                          deadlines w/att declaration & exhs.

 ACRS: R_VDSDX                    As of 01/10/06 at 3:56 PM by GARRY                         Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A02-0129--CV (JKS)
                              "AT&T CORP V NOME NET INC ET AL"

                                  For all filing dates

Document #    Filed       Docket text


   29 -  2    07/09/03    JKS Order granting mot for an ext of time to 07/14/03 to file trial
                          brief (29-1).  cc: cnsl

 NOTE -  2    07/11/03    Notation: original of #32 received 7/11/03 & attached to #32

   33 -  1    07/15/03    JKS Minute Order re: Nome Net has until 7/21/03 to show cause why its
                          default should not be entered.  Failure to do so will result in the
                          automatic entry of default against Nome Net.  cc: cnsl

   34 -  1    07/15/03    DEF 1 motion to accept late-filed def's trial brief w/att aff and
                          proposed trial brief.

   35 -  1    07/21/03    DEF 1-2 Reply to order to show cause.

   36 -  1    07/24/03    JKS Judgment is entered in favor of plf in the amount of $309,058.09,
                          contested but w/o trial.  Because this is a diversity action, plf is
                          entitled to atty fees pursuant to AK Rule of Civil Procedure 82. See D.
                          Ak. LR 54.3(b).  cc: cnsl, O&J 11571 (redistributed w/costs 8/25/03)
                          (redistributed w/prejudgment interest & atty fees 09/10/03)

   37 -  1    07/24/03    JKS Court Minutes [ECR: Denali Elmore] FPTC held 07/24/03; parties stip
                          to entry of judg in the amount of $309,058.09; plf shall file a mot re:
                          costs, atty fees and pre-judg & post-judg interest or file a stip
                          amended judg addressing these issues; TBC 08/18/03 vacated.  cc: cnsl

   38 -  1    08/04/03    PLF 1 Address Change Notice of co cnsl.

   39 -  1    08/14/03    PLF 1 motion for prejudgment interest.

   40 -  1    08/14/03    PLF 1 Bill of Costs w/att exhs.

   41 -  1    08/18/03    PLF 1 Notice of hrg on cost bill on 8/21/03 at 9am.

   42 -  1    08/22/03    PLF 1 motion for attorney's fees.

   43 -  1    08/25/03    Clerk's Notice re: taxation of plf's cost bill. Total costs taxed for
                          plf and agains the def in the amt of $1,799.67. cc: cnsl

   44 -  1    08/25/03    DEF 1-2 opposition to PLF 1 motion for attorney's fees (42-1).

   45 -  1    09/09/03    PLF 1 motion for leave to file late reply w/att declaration & proposed
                          reply.

   46 -  1    09/10/03    JKS Order granting mot for prejudgment interest in the amount of
                          $123,025.51 (39-1), mot for atty's fees in the amount of $30, 424.98
                          (42-1), mot for leave to file late reply (45-1). cc: cnsl

   47 -  1    10/23/03    PLF 1 Application re: Writ of Execution.

   48 -  1    10/23/03    PLF 1 Creditor's Declaration.

 NOTE -  3    10/24/03    Issued: Writ of Execution

 NOTE -  4    10/27/03    Issued: writ of execution re: DEF 2.

   49 -  1    10/27/03    PLF 1 Application re: Writ of Execution re: DEF 2.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0129--CV (JKS)
                              "AT&T CORP V NOME NET INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 50 - 1 | 10/27/03 | PLF 1  Creditors Affidavit. |
| 51 - 1 | 11/12/03 | USM Return of svc on writ of execution re: DEF 1 & 2 on 11/5/03 no funds. |
| 52 - 1 | 06/28/05 | PLF 1 Application re: Writ of Execution re: DEF 1 & 2. |
| NOTE - 5 | 06/29/05 | Issued: writ of execution re: DEF 1 & 2. |
| 53 - 1 | 12/05/05 | USM Return of writ of execution executed 11/18/05. |
| 54 - 1 | 12/05/05 | USM Return of writ of execution executed 11/18/05. |
| 55 - 1 | 12/05/05 | USM Return of writ of execution executed 11/18/05. |
| 56 - 1 | 12/08/05 | USM Return of Service Executed of Writ of execution re Wells Fargo in the AMT of $27,440.37. |