1  Kathryn L. Kempton, CA SBN 173543
   ASSAYAG MAUSS KEMPTON
2  A Professional Law Corporation
   2915 Redhill Ave., Suite 200
3  Costa Mesa, California  92626
   Telephone: (714) 427-6800
4  Facsimile: (714) 427-6888

5  Attorneys for Plaintiff, AT&T Corp.
   Admitted Pro Hac Vice

6

7

8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF ALASKA**

11

12  AT&T Corp., a New York          ) CASE NO. A02-129 CV (JKS)
    corporation,                    )
13                                  ) **MOTION TO RELEASE LEVIED FUNDS;**
         Plaintiff,                 ) **[PROPOSED] ORDER THEREON**
14  vs.                             )
                                    )
15  NOME NET, INC., an Alaska       )
    corporation, and NUGGET         )
16  PUBLISHING CORPORATION, an      )
    Alaska corporation,             )
17                                  )
         Defendants.                )
18                                  )
                                    )
19  _____

20

21

22       Plaintiff AT&T Corp. ("Movant") hereby submits this Motion to

23  Release Levied Funds based upon the following facts and

24  circumstances:

25

26

27
                                    -1-
28

ASSAYAG
MAUSS
KEMPTON

1      1.    On or about November 18, 2005, Wells Fargo Bank, located at

2  1500 West Benson Boulevard, Anchorage, Alaska, was served with a Writ

3  of Execution and Notice of Levy with respect to all accounts at Wells

4  Fargo Bank in the name of Defendants Nome Net, Inc., an Alaska

5  corporation and/or Nugget Publishing, an Alaska corporation

6  (collectively, "Defendants").

7

8      2.    On the same day, Wells Fargo Bank responded to the levy and

9  released to the U.S. Marshal funds in its possession in the name of

10  Nugget Publishing in the amount of $27,440.37.

11

12     3.    The U.S. Marshal's office received the check from Wells

13  Fargo Bank on December 5, 2005, and forwarded the check to the clerk

14  of the U.S. District Court the next day.

15

16     4.    Movant's counsel sent a Debtor's Packet to Nugget

17  Publishing on December 9, 2005 via certified mail, and the packet was

18  delivered on December 14, 2005.  Nugget Publishing has not objected

19  to the levy by filing a Claim of Exemption within 15 days of receipt

20  of the Debtor's Packet.  Additionally, more than 30 days has passed

21  since the clerk's receipt of the check, allowing the check sufficient

22  time to clear.

23

24     5.    Based upon the foregoing facts, Movant hereby requests that

25  the levied funds in the amount of $27,440.37 be released to Movant's

26  counsel, Assayag Mauss Kempton, via a check made payable to Assayag

27

28                                    -2-

ASSAYAG
MAUSS
KEMPTON

MOTION TO RELEASE LEVIED FUNDS; [PROPOSED]
ORDER THEREON

1  Mauss Kempton and sent to 2915 Redhill Avenue, Suite 200, Costa Mesa,

2  California 92626.

3

4  Dated: January 3|, 2006          By: _____

5                                       Kathryn M. Kempton
                                        ASSAYAG MAUSS KEMPTON
6                                       2915 Redhill Avenue, Suite 200
                                        Costa Mesa, California  92626
7                                       Telephone:  (714) 427-6800
                                        Facsimile:  (714) 427-6888
8

9                                       Attorneys for AT&T Corp.

10

11

12                          <u>ORDER</u>

13      **IT IS HEREBY ORDERED** that funds levied from Wells Fargo Bank

14  from the accounts of Nugget Publishing in the total amount of

15  $27,440.37 be released to Movant's counsel via a check made payable

16  to Assayag Mauss Kempton and sent to 2915 Redhill Avenue, Suite 200,

17  Costa Mesa, California 92626.

18

19  Date:                          _____

20                                 JUDGE OF THE UNITED STATES
                                   DISTRICT COURT
21

22

23

24

25

26

27

28                                 -3-

ASSAYAG
MAUSS
KEMPTON