UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| AT&T CORP., a New York Corporation | ) ) ) |
| Plaintiff, | ) Case No. A02-129 CV ) |
| NOME NET, INC., an Alaska Corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation | ) **AFFIDAVIT OF SERVICE** ) **OF DEBTOR'S PACKET** ) ) ) |

I, Kathryn L. Kempton hereby state an oath:

1. I am an attorney for judgment creditor AT&T Corp., a New York corporation ("AT&T") and a member of Assayag Mauss Kempton, attorneys of record for AT&T, and was admitted Pro hac vice to this Honorable Court for prosecution of this litigation on behalf of AT&T. If called upon to testify as to the matters set forth in this Affidavit, I could and would competently do so, as these matters are within my personal knowledge or they are based upon this firm's business records, which constitute writings made in the regular and

-1-

ordinary course of this firm's business, at or near the time of events, or acts, of which they are a record. I further state from my own knowledge that each business record was prepared by persons employed by this firm who had personal knowledge of each event being recorded and who had a duty to accurately record such event.

2. Judgment for $309,058.09 was entered on July 24, 2003, in the docket of the above-entitled court and action, as further amended by Order dated September 10, 2003, adding an additional $153,450.49 to the judgment amount for a total of $462,508.58 in favor of as judgment creditor AT&T Corp., a New York corporation, and against as judgment debtors NOME NET, INC., an Alaska corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation.

3. On December 9, 2005, I caused Sarah Burton, a paralegal in this office, to send to Nugget Publishing Corporation via certified mail a Debtor's Packet consisting of (1) Creditor's Affidavit, (2) Notice of Levy and Sale of Property and Notice of Right to Exemption and (3) Claim of Exemptions. The green postal receipt card, filed concurrently herewith, was returned to this office and indicates that Debtor's Packet was delivered to Nugget Publishing Corporation on December 14, 2005.

4. Concurrently with this Affidavit, AT&T has filed a Motion to Release Levied Funds, requesting that funds levied from

ASSAYAG
MAUSS
KEMPTON

AFFIDAVIT OF SERVICE OF DEBTOR'S PACKET

accounts in the name of Nugget Publishing Corporation in the amount of $27,440.37 be released to AT&T's counsel.

DATED: February 6, 2006

          *Kathryn L. Kempton*
          Kathryn L. Kempton, Attorney for
          Judgment Creditor, AT&T Corp.

NOTARY ACKNOWLEDGMENT

STATE OF CALIFORNIA )
                              )
COUNTY OF ORANGE )

On February 6, 2006 before me Chris M. Naghibi, a Notary Public in and for said County and State, personally appeared Kathryn L. Kempton [X] personally known to me to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____  (SEAL)

> CHRIS M. NAGHIBI
> Commission # 1495203
> Notary Public - California
> Orange County
> My Comm. Expires Jun 18, 2008

-3-

Original card being mailed for traditional filing with the Court.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Nancy L. McGee     1/3/[?] |
| 1. Article Addressed to:<br>Nugget Publishing Corporation<br>an Alaska corporation<br>P.O. Box 610<br>Nome, AK 99762 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |

7003 1680 0001 7889 1731

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-Z-0985