Kathryn L. Kempton, CA SBN 173543
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Ave., Suite 200
Costa Mesa, California  92626
Telephone: (714) 427-6800
Facsimile: (714) 427-6888

Attorneys for Plaintiff, AT&T Corp.
Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>NOME NET, INC., an Alaska corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation,<br><br>　　Defendants. | CASE NO. A02-129 CV (JKS)<br><br>**NOTICE OF ERRATA RE FILING OF SEPARATE ORDER TO RELEASE LEVIED FUNDS** |

　　Please take notice that Plaintiff AT&T Corp. ("Movant") inadvertently incorporated the [Proposed] Order into its Motion to Release Levied Funds, rather than filing the [Proposed] Order as a separate document. To rectify this situation, Movant hereby

-1-

1 | concurrently files a separate document entitled [Proposed] Order to
2 | Release Levied Funds
3 |
4 | Dated: February 8, 2006     By: _____/S/_____
5 |                                  Kathryn L. Kempton
6 |                             ASSAYAG MAUSS KEMPTON
                                2915 Redhill Avenue, Suite 200
                                Costa Mesa, California  92626
7 |                             Telephone:  (714) 427-6800
                                Facsimile:  (714) 427-6888
8 |
9 |                             Attorneys for AT&T Corp.

-2-

NOTICE OF ERRATA RE FILING OF SEPARATE ORDER
TO RELEASE LEVIED FUNDS

ASSAYAG
MAUSS
KEMPTON