```
1  Kathryn L. Kempton, CA SBN 173543
   ASSAYAG MAUSS KEMPTON
2  A Professional Law Corporation
   2915 Redhill Ave., Suite 200
3  Costa Mesa, California  92626
   Telephone: (714) 427-6800
4  Facsimile: (714) 427-6888

5  Attorneys for Plaintiff, AT&T Corp.
   Admitted Pro Hac Vice
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NOME NET, INC., an Alaska corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation,<br><br>　　　Defendants. | CASE NO. A02-129 CV (JKS)<br><br>**[PROPOSED] ORDER FOR RELEASE OF LEVIED FUNDS** |

　　　Having read and considered the Motion to Release Levied Funds submitted by Plaintiff AT&T Corp. ("Movant") and good cause appearing therefore,

　　　**IT IS HEREBY ORDERED** that funds levied from Wells Fargo Bank from the accounts of Nugget Publishing in the total amount of $27,440.37 be released to Movant's counsel via a check made payable

-1-

1  to Assayag Mauss Kempton and sent to 2915 Redhill Avenue, Suite 200,
2  Costa Mesa, California 92626.

4  Date: _____    _____
                                    JUDGE OF THE UNITED STATES
5                                   DISTRICT COURT