```
Page: 1  Document Name: Untitled
                    STFD 4 THF TRANSACTION STMT FORMAT      05/11/23 14.01.19
CUPR       CO   569 OP              MS 50852 ACTION COMPLETE
ACTION          COID    569         ACCT COND
PROD CODE DDA   ACCT    5204080740  SHORT NAME NUGGETPUBLI
CURR CODE              PAGE    3    SEARCH FROM 105/09/08 THRU 105/11/22
ACTN  POST EFF DT  IRD  CHK NUMBER   TRAN AMOUNT  D/C      BALANCE
      TRACE ID                       DESCRIPTION
____  * 10/06                              8.00   D        7,022.07
      I-GEN105100600003224 MONTHLY SERVICE FEE
____  * 10/07                            440.50   C        7,462.57
      00890005006833002300 DEPOSIT
____  * 10/24                             20.00   C        7,482.57
      00000126003226641008 DEPOSIT
____  * 11/01                            466.00   C        7,948.57
      00890005006843100990 DEPOSIT
____  * 11/04                              2.00   D        7,946.57
      I-GEN105110400003484 MONTHLY CHECK RETURN/IMAGE STMT FEE
____  * 11/04                              8.00   D        7,938.57
      I-GEN105110400003485 MONTHLY SERVICE FEE
____  * 11/04                              8.00   C        7,946.57
      I-GEN105110400003486 MONTHLY SERVICE FEE REVERSAL
____    11/15                            233.51   C        8,180.08
      00890005006870402330 DEPOSIT
PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM ..-STMT
4-@           A     3270 Ses  10.103.30.182        LUDOTFJ          3/9
```

Name: alas1159 - Date: 11/23/2005  Time: 11:01:22

```
Page: 1  Document Name: Untitled
                 ____ ACPR 1 CIS ACCOUNT/PRODUCT PROFILE     05/11/28 14.53.41
CUPR      CO  569 OP            MS 64000 ACTION SUCCESSFUL
ACTION: INQ     (INQ NXT NXTCUS NXTACR NXTRMK ACDT ACDE)
COID  569 PRD DDA ACCT    520-4080740     SSN/TID 920084371   CD 1 LINE 1
T NUGGET PUBLISHING CORP                  BALANCE
T HURRICANE RELIEF                        SUB-PRD WB ST 99   CURR
T CONTRIBUTION FUND                       BRANCH   NOME BRANCH
A PO BOX 610                              COST CTR     2200 OFF1 F0365
C NOME AK 99762-0610                      OPENED  1050902 RAU
                                          CLOSED          EMP?
                              CTRY        LST MNT 1050906 SENS      0
                                          SPEC            AGLANG ENU
ACTN: CUPR CUID          R E L A T E D   C U S T O M E R S     NEXT:    3
SEQ- COID- CUSTOMER--------------------------- TIE- REL----- APSP OWNER  %
0001   999 ANGELA F GORN                       30 AUTHSIGN NNN  100.0000
0002   999 NANCY L MCGUIRE                   1400 AUTHSIGN NNN  100.0000
                         R E L A T E D   A C C O U N T S       NEXT:    1
SEQ- COID- PRD ACCOUNT--------------              REL----- APSP OWNER   %


                         R E M A R K S                         NEXT:    1
     TYPE      EFF       EXP
     TYPE      EFF       EXP
PF: 1-HELP 2-CONT 3-PLVL 4-DECR 5-INCR 7-END 9-EVENTS
4-@        A     3270 Ses  10.103.30.178          LUDWHOB         3/10
```

Name: alas1159 - Date: 11/28/2005  Time: 11:53:44

ANCHORAGE: 1103 C STREET, AK 99501 ~ (907) 272-4432
NOME: 122 W 1ST AVE, PO BOX 1085, AK 99762 ~ (907) 443-5565



**JOHNSON CPA LLC**
Certified Public Accountants



# Fax

| | | |
|---|---|---|
| **To:** Gayle Brown | | **From:** Mark A Johnson, CPA |
| **Attn:** | **Pages (w/ cover):** 1 | |
| **Re:** Nancy McGuire | | **Date:** 02/28/06 |
| **Fax:** 907-274-3311 | | **Fax:** (907) 443-5877 |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**● Comments:**

During the period of November 21-23, 2005, Nancy McGuire had the following expenses for Nugget Publishing Corporation that were supposed to be paid with money in her account that was levied for AT&T:

Gross Payroll for employees:  $2,752.40

Payroll taxes for this payroll       $279.96

Employee Health Benefits & Retirement Benefits for this payroll   $432.64

City of Nome Sales Tax (held by Nugget for the City for previous month's sales)   $644.71

Travel Cost for Writer  $300.00

Business credit card payment for previous business expense charges      $2,000.00

In addition to these expenses, Nancy had other outstanding checks at the time of the levy from previous vendor payments that were not able to be paid because of her funds being levied by AT&T. We have returned the bank statements to Nancy for this month and would have to check to see what checks were affected by this levy if you would like this information also.

If you have any further questions, please call me at 907-443-5565