UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. A02-129 CV (JKS) ) |
| NOME NET, INC., an Alaska Corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

AFFIDAVIT OF NANCY MCGUIRE

STATE OF ALASKA        )
                       )
THIRD JUDICIAL DISTRICT )

    NANCY MCGUIRE, being first duly sworn upon oath, deposes and states as follows:

1. that I was the owner of Nome Net, Inc. (company which is now dissolved) and the owner of Nugget Publishing Corporation, parent company of Nome Nugget which is a Nome Newspaper;

2. I received notice on November 23, 2005 that two bank accounts that are under the Nugget's Corporate tax ID number had funds levied to the total amount of $27,500.37;

3. The funds that were levied do not belong to me, instead one of the accounts that had $8,180.08 seized belonged to a

Gayle J. Brown, Attorney at Law
750 W. 2nd Avenue, Suite 207
Anchorage, Alaska 99501
Telephone: (907) 274-1074
Facsimile: (907) 274-3311

1

Hurricane Relief fund which began after the horrible hurricane season of 2005 and the funds were designated for Noah's Wish Foundation and to East Jefferson General Hospital Foundation;

4. The Hurricane Relief Fund Bank Account only included monies that were donated by individuals and was going to be dispersed to two organizations as referenced in paragraph 3 for the Hurricane Relief taking place across the United States, but at no point in time did any of those monies belong to me;

5. I am attaching a copy of a bank statement from the Relief Fund account which clearly states "Hurricane Relief Contribution Fund" and I would like those monies returned so that I in turn can release that money to the Hurricane Relief effort to help people that were directly affected by the Hurricanes in 2005;

6. Regarding the other account which had $19,320.29 levied against it, that was money that belonged to either employees of Nome Nugget for payroll or the Internal Revenue Service on behalf of the employees or the Department of Labor for Alaska State Taxes on behalf of employees;

7. In fact, I wrote payroll checks to employees on November

Gayle J. Brown, Attorney at Law
750 W. 2nd Avenue, Suite 207
Anchorage, Alaska 99501
Telephone: (907) 274-1074
Facsimile: (907) 274-3311

   22, 2005 before I received notice that the account had been levied and when employees started cashing their checks for pay that was earned from November 12, 2005 through November 25, 2005, the account was put into overdraft status;

8. I am attaching a statement from my accountant referencing the second bank account that held payroll;

9. I would like those monies returned as well as they do not belong to me;

10. I was very surprised to see the action that AT&T took regarding the outstanding judgment as I have not been contacted by AT&T regarding payment on this judgment and I have been advised that my attorney had not been contacted nor had she been served with the Motion to Release Levied Funds; and

11. I am a small town business owner trying to provide a service to the community of Nome Alaska and AT&T has taken money that does not belong to me but instead belongs to people who have worked very hard for their money and this money should be returned.

**Further your affiant sayeth naught.**

DATED at Anchorage, Alaska, on this ___1st___ day of March, 2006.

_____
[signature]

Gayle J. Brown, Attorney at Law
750 W. 2nd Avenue, Suite 207
Anchorage, Alaska 99501
Telephone: (907) 274-1074
Facsimile: (907) 274-3311

NANCY MCGUIRE

SUBSCRIBED AND SWORN to before me on this ___/___ day of March, 2006.

                                          _____
                                          Notary Public in and for Alaska
                                          My commission expires: 8/6/09

**STATE OF ALASKA**
**NOTARY PUBLIC**
J. Chris Andrews
My Commission Expires August 6, 2009

Gayle J. Brown, Attorney at Law
750 W. 2nd Avenue, Suite 207
Anchorage, Alaska 99501
Telephone: (907) 274-1074
Facsimile: (907) 274-3311