MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*AT&T Corp. v. Nome Net, Inc.*
Case No. 3:02-cv-00129-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

      AT&T Corp. has recovered judgment against Nome Net, Inc., and its parent, Nugget Publishing Co. Docket No. 36. AT&T has attempted to collect that judgment, in part, by levying on certain bank accounts. Funds were seized and are currently in custodia leges. AT&T seeks release of those funds. Docket No. 57 In lieu of an opposition, Nome Net Inc., has filed a separate motion for return of funds. Docket No. 60. Nome Net argues that the funds seized did not belong to Nome Net but were funds held in trust by its President, Nancy McGuire. One account allegedly held disaster relief trust funds, and the other, trust funds set aside to pay employee taxes to the federal government and to Social Security. The parties are ships passing in the night. The Court will therefore **DENY** the Motion at **Docket No. 57**, and **DENY** the Motion at **Docket No. 60**.

      **IT IS THEREFORE ORDERED:**

      The parties shall meet, confer, and inform the Court in a status report filed on or before **Monday, April 24, 2006,** regarding a mutually agreeable protocol for the resolution of the dispute over the funds seized from the bank accounts. The protocol should allow for reasonable discovery to enable each side to understand the position of the other side and the evidence upon which that side's position depends. Once the Court knows how much time the parties will need to develop their positions, a briefing schedule can be established. Counsel for Plaintiff shall file the joint status report after consulting with counsel for the Defendant.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: March 15, 2006

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2002\A02-0129-004.wpd