Kathryn L. Kempton, CA SBN 173543
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Ave., Suite 200
Costa Mesa, California 92626
Telephone: (714) 427-6800
Facsimile: (714) 427-6888

Attorneys for Plaintiff, AT&T Corp.
Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>NOME NET, INC., an Alaska corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation,<br><br>　　Defendants. | CASE NO. A02-129 CV (JKS)<br><br>**JOINT STATUS REPORT AND STIPULATION RE FUNDS SEIZED FROM BANK ACCOUNTS; [PROPOSED] ORDER THEREON** |

Pursuant to the Court's order of March 15, 2006, Plaintiff AT&T Corp. ("AT&T") and Defendants Nome Net, Inc., an Alaska corporation ("Nome Net") and Nugget Publishing, an Alaska corporation ("Nugget Publishing") (collectively, "Defendants"), by and through their undersigned counsel of record, hereby submit the following joint status report and stipulation regarding the levied funds:

-1-

On or about November 18, 2005, attempting to collect on a judgment against Defendants, AT&T levied upon funds in two Wells Fargo Bank accounts belonging to Nugget Publishing. The total amount seized from the bank accounts was $27,440.37. One of the accounts (the "Hurricane Relief Account") contained $8,180.08, which had been collected for donation to victims of last year's hurricanes. The second account ("General Account") contained funds belonging to Nugget Publishing in the total sum of $19,260.29.

After conferring with each other and with counsel in an attempt to reach a mutually agreeable protocol for the resolution of the dispute over the funds seized from the bank accounts, the parties have agreed to enter into the following stipulation for the disbursal of the levied funds.

**STIPULATION**

AT&T and Defendants, through their undersigned counsel of record, hereby agree and stipulate as follows:

1. The entirety of the levied funds, in the amount of $27,440.37, shall be turned over to AT&T via a check made payable to Assayag Mauss Kempton and sent to 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626.

2.  AT&T shall disburse the $8,180.08 from the Hurricane Relief Account to two charities as follows: $2,000 shall be sent to Noah's Wish Foundation, PO Box 997, Placerville, CA 95667 and the remaining $6,180.08 of the funds in the Hurricane Relief Account shall be sent to East Jefferson General Hospital Foundation, Stan Maher CFRE, 4200 Houma Blvd., Metairie, LA 70006.

3.  AT&T shall be entitled to retain the funds from the General Account, in the amount of $19,260.29, and apply these funds toward the amount due to AT&T under AT&T's judgment against Nugget Publishing.

4.  Once the $8,180.08 has been disbursed to the charities as set forth above, AT&T shall provide counsel for Defendants with any available copies of checks, receipts and/or any other proof that the funds have been sent to the aforementioned charities.

**IT IS SO STIPULATED.**

Dated: April 21, 2006           By: _____
                                Kathryn L. Kempton (CA SBN 173543)
                                ASSAYAG MAUSS KEMPTON
                                2915 Redhill Avenue, Suite 200
                                Costa Mesa, California  92626
                                Telephone:  (714) 427-6800
                                Facsimile:  (714) 427-6888

                                Attorneys for AT&T Corp.

-3-

JOINT STATUS REPORT AND STIPULATION RE FUNDS SEIZED FROM BANK ACCOUNTS; [PROPOSED] ORDER THEREON

Dated: April 24, 2006    By: _____
Gayle J. Brown (ABA 9411094)
750 W. 2nd Avenue, Suite 207
Anchorage, Alaska 99501
Telephone:  (907) 274-1074
Facsimile:  (907) 274-3311

Counsel for Defendants

## ORDER

Based on the foregoing agreement and Stipulation of the parties, **IT IS HEREBY ORDERED** that funds levied from Wells Fargo Bank from the accounts of Nugget Publishing in the total amount of $27,440.37 be released to AT&T Corp's counsel via a check made payable to Assayag Mauss Kempton and sent to 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626. AT&T shall be entitled to retain $19,260.29 of the funds and apply these funds toward the amount due to AT&T under AT&T's judgment against Defendants. AT&T shall disburse the remaining $8,180.08 of the funds to two hurricane relief charities as follows: $2,000 shall be sent to Noah's Wish Foundation, PO Box 997, Placerville, CA 95667, and $6,180.08 of the funds shall be sent to East Jefferson General Hospital Foundation, Stan Maher CFRE, 4200 Houma Blvd., Metairie, LA 70006. Once the $8,180.08 has been disbursed to the charities as set forth above, AT&T shall provide

-4-

ASSAYAG
MAUSS
KEMPTON

JOINT STATUS REPORT AND STIPULATION RE FUNDS SEIZED FROM BANK ACCOUNTS; [PROPOSED] ORDER THEREON

1  counsel for Defendants with any available copies of checks, receipts
2  and/or any other proof that the funds have been sent to the
3  aforementioned charities.

5  Date: _____    _____
6                                  JUDGE OF THE UNITED STATES
                                   DISTRICT COURT

ASSAYAG
MAUSS
KEMPTON

JOINT STATUS REPORT AND STIPULATION RE FUNDS SEIZED FROM BANK ACCOUNTS; [PROPOSED] ORDER THEREON