# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation, | ) CASE NO. A02-129 CV (JKS) <br> ) <br> ) **ORDER ON STIPULATION RE FUNDS** <br> ) **SEIZED FROM BANK ACCOUNTS** |
| Plaintiff, | |
| vs. | |
| NOME NET, INC., an Alaska corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation, | |
| Defendants. | |

Based on the agreement and Stipulation Re Funds Seized from Bank Accounts of the parties, **IT IS HEREBY ORDERED** that funds levied from Wells Fargo Bank from the accounts of Nugget Publishing Corporation, an Alaska corporation ("Nugget Publishing"), in the total amount of $27,440.37 be released to AT&T Corp's ("AT&T's") counsel via a check made payable to Assayag Mauss Kempton and sent to 2915 Redhill

-1-

1  Avenue, Suite 200, Costa Mesa, California 92626.  AT&T shall be
2  entitled to retain $19,260.29 of the funds and apply these funds
3  toward the amount due to AT&T under AT&T's judgment against
4  Defendants Nugget Publishing and Nome Net, Inc., an Alaska
5  corporation (collectively, "Defendants").  AT&T shall disburse the
6  remaining $8,180.08 of the funds to two hurricane relief charities as
7  follows:  $2,000 shall be sent to Noah's Wish Foundation, PO Box 997,
8  Placerville, CA 95667, and $6,180.08 of the funds shall be sent to
9  East Jefferson General Hospital Foundation, Stan Maher CFRE, 4200
10 Houma Blvd., Metairie, LA 70006.  Once the $8,180.08 has been
11 disbursed to the charities as set forth above, AT&T shall provide
12 counsel for Defendants with any available copies of checks, receipts
13 and/or any other proof that the funds have been sent to the
14 aforementioned charities.

DATED:  May 5, 2006                    _/S/ James K. Singleton, Jr.
                                       JAMES K. SINGLETON, JR.
                                       UNITED STATES DISTRICT JUDGE

-2-

ASSAYAG MAUSS
KEMPTON

[PROPOSED] ORDER ON STIPULATION RE FUNDS
SEIZED FROM BANK ACCOUNTS