

# United States Department of Justice
## United States Marshals Service
### *District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska   99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **A02-129CIV** Original Writ of Execution

Date:  January 28, 2008

**RECEIVED**
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2005 JUN 29 AM 10: 20

LODGED
JUN 28 2005
ORIGINAL

ORIGINAL

ASSAYAG
MAUSS
KEMPTON

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| AT&T CORP., a New York Corporation, | ) ) ) ) Case No. A02-129 CV |
| Plaintiff, | ) ) **WRIT OF EXECUTION** |
| NOME NET, INC., an Alaska Corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation | ) ) ) ) |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On July 24, 2003, a judgment was entered in the docket of the above-entitled court and action, with an Order amending said judgment entered September 10, 2003, in favor of AT&T Corp., a New York corporation, as judgment creditor, and against NOME NET, INC., an Alaska corporation, and NUGGET PUBLISHING CORPORATION, an Alaska corporation, as judgment debtors, for:

-1-   WRIT OF EXECUTION

|   |   |
|---|---|
| 1 | $309,058.09  principal, |
| 2 | $30,424.98 attorneys fees, and |
| 3 | $123,025.51 as pre-judgment interest for a total amount of |
| 4 | **$462,508.58 JUDGMENT AS ENTERED** |

WHEREAS, according to the Affidavit and Request for Issuance of Writ of Execution filed herein, it appears that further $9,934.18 in post-judgment interest has accrued since the entry of judgment.

CREDIT must be given for payments and partial satisfactions in the amount of $0.00, leaving a net balance of $472,442.76 ACTUALLY DUE ON July 1, 2005, the date of the request for issuance of this writ, of which $462,508.58 is due on the judgment as entered, and bears interest at 1.10 percent per annum in the amount of $14.13 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtors in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said

ASSAYAG
MAUSS
KEMPTON

-2-   WRIT OF EXECUTION

1  judgment, interest, and increased costs out of debtors' real
2  property.
3
4        HEREIN FAIL NOT, and have you then and there this writ.
5
6  **DATED:**　　　　　　　　　　　　　　**IDA ROMACK**
   　　　　　　　　　　　　　　　　　　CLERK OF COURT
7
   **[SEAL]**　　　　　　　　　　　　　　　Redacted Signature
8  　　　　　　　　　　　　　　　　　　By: _____
   　　　　　　　　　　　　　　　　　　　　Deputy Clerk

-3-　　　WRIT OF EXECUTION

ASSAYAG
MAUSS
KEMPTON